IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DANIEL WHITE. et ux.** | * | Case No. 91179545(MD) (1) |
| | | Case No. 93-3093 |
| | * | |
| **Plaintiffs** | | |
| | * | |
| v. | | |
| | * | |
| | * | |
| **ACandS, Inc., et al.** | | |
| | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO AMEND AND FOR SUBSTITUTION OF PARTIES

1.     Ethel White moves this Court for an Order substituting her, in her capacity as Personal Representative of the Estate of Daniel White, Plaintiff herein deceased, as Plaintiff in this action, without prejudice to the proceedings already had in this action and, as grounds therefore, show to the Court that Daniel White, Plaintiff herein, died August 18, 2002, that the said Ethel White was appointed Personal Representative of the Estate of Daniel White by the Register of Wills for Baltimore City, and that she was duly qualified and is now acting as such Personal Representative; and that this is an action at law for personal injuries and therefore the claim has not been extinguished by the death of Plaintiff.

      /s/
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**ATTORNEY FOR PLAINTIFFS**

## **STATEMENT OF AUTHORITIES**

1.    United States District Court for the District of Maryland Local Rule 103(b) and (c).

                              /s/
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**ATTORNEY FOR PLAINTIFFS**