IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DANIEL WHITE, et ux.** | * | Case No. 91179545  (MD) (1) |
| | * | Case No. 93-3093 |
| Plaintiffs | * | |
| | * | |
| v. | * | |
| | * | |
| ACandS, Inc., et al. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

1.  On Motion of Ethel White for substitution in place of Daniel White, deceased, it appearing to the Court that the said Daniel White died intestate on August 18, 2002; that the claim asserted by him in this action was not thereby extinguished; and that Ethel White has been duly appointed Personal Representative of the Estate of Daniel White and is qualified and is acting as such.

**IT IS ORDERED**, that Ethel White, Personal Representative of the Estate of Daniel White, be substituted as Plaintiff herein in the place of Daniel White, deceased, without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

_____
**JUDGE**

**DATE:**_____