IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ETHEL WHITE** | * | Case No. 91179545 (MD) (1) |
| **Personal Representative of the Estate of** | * | Case No. 93-3093 |
| **DANIEL WHITE, et ux.** | * | |
| | * | |
| | * | |
| | * | |
| **Plaintiffs** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **AC&S, INC., et al.** | * | |
| | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2006 a copy of Plaintiff's Motion to for Leave to Amend and Proposed Order, and Amended Complaint which were electronically filed in this case on August 24, 2006, was mailed via first class mail, postage prepaid, to the following parties:

>John S. Cobb, Esquire
>North & Cobb
>7313 York Road
>Towson, Maryland 21204
>Attorney for General Refractories Co.
>
>M. King Hill, III, Esquire
>Venable, LLP
>210 Allegheny Avenue
>PO Box 5517
>Towson, Maryland 21204
>Attorney for Rapid American Corp.
>
>Geoffrey S. Gavett, Esquire

Gavett & Datt
15850 Crabbs Branch Way, Ste. 180
Rockville, Maryland 20850
Attorney for J.H. France Refractories

Tom Radcliffe, Esquire
DeHay & Elliston, LLP
36 S. Charles Street,
13th Floor
Baltimore, Maryland 21201
Attorney for Viacom, Inc., Successor by Merger
       To CBS Corp. and Foster Wheeler Corp.


                    /s/
_____
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**Attorney for Plaintiffs**